**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVSION**


GREGORY HUMPHREY,

        Plaintiff,

v.

JAMES MOODY,
ASHLEY KERN, and
RODNEY FOULKS,

        Defendants.

Civil Action No.:
7:24-cv-6-WLS

### JOINT MOTION FOR PROTECTIVE ORDER

Plaintiff served a subpoena upon the Georgia Department of Corrections (GDC), a non-party, regarding the subject matter of this litigation. In response to the subpoena, GDC partially objected, specifically to the disclosure of its investigative file(s), citing the need to preserve the confidentiality of sources and protect witnesses and correctional personnel. Additionally, GDC objected as materials responsive to certain of the requests contain confidential information such as social security numbers and other confidential personal, health or financial information of persons not parties to the action. GDC agreed to produce the objected to materials, provided the parties jointly agreed to and moved the Court for the entry of a protective order regarding this production.

Therefore, to facilitate the exchange of documents and the protection of information produced by GDC, the parties jointly move the Court to enter the Protective Order proposed and served with this Consent Motion for Entry of the Protective Order. By joining in this motion, Plaintiff does not waive the right to challenge any confidentiality designation by GDC.

This 16th day of July, 2024.

/s/ Zack Greenamyre
Zack Greenamyre
Georgia Bar No. 293002
Samantha J. Funt
Georgia Bar No. 943783
MITCHELL SHAPIRO GREENAMYRE & FUNT LLP
881 Piedmont Ave NE
Atlanta, GA 30309
404-812-4750
404-812-4740 (fax)
sam@mitchellshapiro.com
zack@mitchellshapiro.com
*Counsel for Plaintiff*

/s/ Wade W. Herring, III
Wade W. Herring, III
Georgia Bar No. 278313
Assistant Attorney General
State Law Department
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Tel: (404) 458-3375
Fax: (404) 651-5304
Email: wherring@law.ga.gov
*Counsel for Defendants*

-3-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I am counsel of record for Plaintiff and I have served a true and correct copy of the foregoing on counsel of record for all parties in this case, as follows:

wherring@law.ga.gov

This 16th day of July, 2024.

*/s/ Zack Greenamyre*
Zack Greenamyre
Georgia Bar No. 293002