**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **GREGORY HUMPHREY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CASE NO:** |
| v. | : | **7:24-cv-6–WLS** |
| | : | |
| **JAMES MOODY, ASHLEY KERN and RODNEY FOULKS,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

This matter was set for a pretrial conference on October 6, 2026. (Doc. 47). On September 15, 2026, Defendants James Moody and Rodney Foulks filed a Notice of Appeal (Doc. 50) with respect to the Court's Order (Doc. 46) entered August 25, 2026, denying their motion for summary judgment which denied them qualified immunity from Plaintiff's 42 U.S.C. § 1983 claim for money damages.

Accordingly, the pretrial conference in this matter is **CANCELLED** pending resolution of the appeal of the Court's August 25, 2026 Order.

**SO ORDERED**, this 16th day of September 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**